UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:07-20277-CIV--COOKE/BROWN

MICHAEL I. GOLDBERG,

    *Plaintiff*,

v.

KEVIN GEORGE JACOBSEN,
*et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon an independent review of the record. The Complaint in this action was filed on February 5, 2007. However, the record does not demonstrate that the Plaintiff issued summonses or perfected service upon any of the Defendants in this action. Pursuant to Fed. R. Civ. P. 4(m), service of the summons and complaint must be made within 120 days after the filing of the complaint. Fed.R.Civ.P. 4(m). Consequently, on August 14, 2007 this Court directed Plaintiff to show cause by August 28, 2007 why this case should not be dismissed for failure to effectuate service of process. See DE 3. As of the date of this Order, Plaintiff has yet to file a response to this Court's August 14, 2007 Order to Show Cause. Therefore, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of August, 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

U.S. Magistrate Judge Stephen T. Brown

*All counsel of record*